UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ENERGY CONSULTING & MANAGEMENT, a Nebraska limited liability company,<br><br>    Plaintiff,<br> v.<br><br>WESTERN STATES EQUIPMENT CO., an Idaho corporation,<br><br>    Defendant. | Case No. 1:11-CV-00045<br><br>**JUDGMENT** |
| WESTERN STATES EQUIPMENT CO., an Idaho corporation,<br><br>    Defendant/Counterclaimant,<br> v.<br><br>ENERGY CONSULTING & MANAGEMENT SOLUTIONS, LLC, a Nebraska limited liability company,<br><br>    Plaintiff/Counterdefendant. | |

**JUDGMENT - 1**

In accordance with the Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be entered in favor of Defendant and that this case be dismissed with prejudice in its entirety.

DATED: **September 27, 2012**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 2